**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:17-mj-00901-NJK |
| vs. | ) | ORDER SETTING HEARING |
| IANTHE ROWLAND, | ) | (Docket No. 29) |
| Defendant. | ) | |

Pending before the Court is a letter from Defendant Ianthe Rowland, which the Court construes as a motion to dismiss counsel and appoint new counsel. Docket No. 29. The Court hereby sets the motion for hearing on October 17, 2017, at 10:00 a.m. in courtroom 3A. Defendant and her counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: October 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge