**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff<br><br>v.<br><br>Ianthe Rowland,<br><br>　　　Defendant | Case No.: 2:18-cr-00144-JAD-EJY<br><br>**Order Granting Motion to Strike Notice of Expert Witness**<br><br>[ECF No. 193] |

Ianthe Rowland is charged with a handful of robbery-related crimes arising from a 2017 armored-car-robbery spree. In anticipation of trial, Rowland filed a Notice of Expert Witness stating that "Dory Mizachi, Criminologist will testify. (CV Attached)."[1] The government now moves to strike that notice as "void of the necessary information for an expert witness notice [under] Federal Criminal Procedure Rule 16(a)(1)."[2] The February 17, 2020, deadline to respond to that motion passed without response or request to extend the deadline to file one.

Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure outlines the depth of a defendant's expert-witness disclosure. The rule requires the defendant to "give to the government a written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial . . . . This summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications."[3]

---

[1] ECF No. 190.

[2] ECF No. 193. I construe this motion as one more properly raised under Rule 16(b)(1)(C).

[3] Fed. R. Crim. P. 16(b)(1)(C).

Rowland's disclosure of Mizachi falls far short of satisfying this standard. The disclosure only identifies the expert's name and attaches a copy of her curriculum vitae.[4] It lacks any hint of Mizachi's opinions and the bases and reasons for them. Rule 16(d)(2) authorizes the court to "enter any other order that is just under the circumstances"[5] for a discovery violation. Good cause appearing, and because the defendant has offered no justification or even explanation for this failure,

**IT IS HEREBY ORDERED that** the government's motion to strike notice of expert witness **[ECF No. 193] is GRANTED.** Rowland's notice of expert witness regarding Mizachi **[ECF No. 190] is deemed STRUCK.**

Dated: April 6, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] ECF No. 190.
[5] Fed. R. Crim. P. 16(d)(2)(D).