# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> IANTHE ROWLAND, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:18-cr-00144-JAD-EJY <br><br> **ORDER** <br><br> ECF No. 253 |

Based on the parties' stipulation and good cause appearing, IT IS SO ORDERED that the sentencing currently scheduled for November 9, 2020, at the hour of 10:00 a.m., be vacated and continued to January 25, 2021, at the hour of 10:00 a.m.

DATED this 22nd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE