CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No.: 2:18-cr-00144-JAD-EJY |
| Plaintiff, ) ) | |
| vs. ) ) | **STIPULATION TO CONTINUE SENTENCING** |
| IANTHE ROWLAND, ) ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, IANTHE ROWLAND, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Brett Ruff, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on January 25, 2021 at 10:00 a.m. be vacated and continued for 60 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to gather the medical records for Probation Office and adequately prepare for sentencing;

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a

1

continuance of the sentencing date by 60 days.

      6. This is the second request for continuance.

DATED this 15th day of December, 2020.

/s/ Chris T. Rasmussen                  */s/ Brett Ruff*

CHRIS T. RASMUSSEN, ESQ.       BRETT RUFF
Attorney for Defendant                Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>vs. )<br>　　　　　　　　　　　　　　)<br>IANTHE ROWLAND, )<br>　　　　　　Defendant. )<br>_____) | Case No.: 2:18-cr-00144-JAD-EJY<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW, AND<br>ORDER** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to gather the medical records for Probation Office and adequately prepare for sentencing;

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 60 days.

///
///
///
///
///
///

3

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 25, 2021, at the hour of 10:00 a.m., be vacated and continued to March 29, 2021, at the hour of 10:00 a.m.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE