**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                         Plaintiff,       )<br>                                                             )<br>          vs.                                           )<br>                                                             )<br>IANTHE ROWLAND,                       )<br>                                                             )<br>                         Defendant.   )<br>_____) | Case No.: 2:18-cr-00144-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 282 |

     Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for March 29, 2021, at the hour of 10:00 a.m., be vacated and continued to April 19, 2021, at the hour of 10:00 a.m.

     DATED this 11th day of March, 2021.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE