PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:18CR00144

**DOCKET NUMBER** *(Rec. Court)*
Click here to enter text.

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Ianthe Rowland
735 Edwin Avenue
Pomona, California 91767

**DISTRICT**: Nevada

**DIVISION**: U.S. Probation Office

**NAME OF SENTENCING JUDGE**: Jennifer A. Dorsey

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 4/21/2021
TO: 4/20/2024

**OFFENSE**
Conspiracy to Interfere with Commerce by Robbery

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/27/2023
Date

*[signed]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Click here to enter a date.
Effective Date

Click here to enter text.
United States District Judge